**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-1474

POWER TRAIN COMPONENTS, INC.,

        Plaintiff-Appellant,

v.

UNITED STATES,

        Defendant-Appellee,

and

THE TIMKEN COMPANY,

        Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 11-CV-0153, Judge Gregory W. Carman.

Authorized Abbreviated Caption[2]

POWER TRAIN COMPONENTS, INC. V US, 2013-1474

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.